# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

CRAIG D. MURPHY,                           :   No. 233 WAL 2015
                                           :
                    Petitioner             :
                                           :
                                           :   Petition for Allowance of Appeal from
                                           :   the Order of the Commonwealth Court
            v.                             :
                                           :
                                           :
PENNSYLVANIA STATE POLICE,                 :
                                           :
                    Respondent             :

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of November, 2015, the Petition for Allowance of Appeal is **DENIED**.